**Order entered August 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00958-CV

## IN THE INTEREST OF I.L.S., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655**

## ORDER

We **GRANT** appellant's August 13, 2014 motion to recuse Justice Lang-Miers. Justice Lang-Miers recuses herself from this appeal, as well as from appellant's appeals in appellate cause numbers 05-14-01055-CV and 05-14-01059-CV.

/s/      ELIZABETH LANG-MIERS
           JUSTICE